ACCEPTED
14-15-00144-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/2/2015 6:19:42 PM
CHRISTOPHER PRINE
CLERK

**PAUL FURRH, JR.**
Attorney at Law
Chief Executive Officer

**RICHARD TOMLINSON**
Director of Litigation

**ROSLYN O. JACKSON**
Directing Attorney

**HELEN MALVEAUX**
Housing Managing Attorney

**SAPNA AIYER**
Consumer Managing Attorney

## Lone Star Legal Aid

Housing/Consumer Division
1415 Fannin, 3rd Floor
Houston, TX 77002

**YVONNE ALVAREZ**
**AMIR BEFROUI**
**KIMBERLY BROWN**
**REGGIE FOX**
**TARIQ GLADNEY**
**ELIZABETH LOCKETT**
**RYAN MARQUEZ**
**THIFANH NGUYEN**
**PATRICIA TSAI**
Staff Attorneys

Mailing Address:
1415 Fannin Street
Houston, Texas 77002

713-652-0077 Telephone
713-652-3814 Fax
800-733-8394 Toll-free

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/2/2015 6:19:42 PM
CHRISTOPHER A. PRINE
Clerk

*Richard Tomlinson*
*Director of Litigation*

April 2, 2014

Christopher Prine
Clerk of Court
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, TX 77002

RE:  Goodman-Delaney v. Grantham, case no. 14-15-00144-CV

Dear Mr. Prine:

My office represents the Appellant, Mrs. Rhonda Patrice Goodman-Delaney, in the above numbered case.   In the docketing statement filed on February 18, 2015, an attorney with our office indicated that the Appellee, Marilyn Grantham, was represented by Thomas Glenn, her counsel at the trial court.

On March 31st I learned that Thomas Glen is no longer representing the Appellee.   We have listed the correct notice address for the Appellee in our subsequent filings.   This letter is a courtesy for the Court to update its address for the Appellee. Her contact information is as follows:

Marilyn Grantham          Telephone: 713-731-7506
5114 Tavenor Lane         Fax: N/A
Houston, TX 77048         Email: marilyn.grantham@hoxieis.com

Call me at 713-652-0077 x 1154 if you have any questions.

Sincerely,

/s/ Richard Tomlinson

*Serving the East Region of Texas Since 1948*
Angleton, Beaumont, Bellville, Belton, Bryan, Conroe, Galveston, Houston, Longview, Nacogdoches, Paris, Texarkana, Tyler, Waco

 

**United Way of Greater Houston**